UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRISH VAVRINA, | ) | CASE NO. 1:10 CV 878 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD, JR. |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| GARY NOVAK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This action was filed by Trish Vavrina on April 23, 2010. On June 3, 2010, Ms. Vavrina file a Pre-Trial Motion Restraining Order (the "Motion").  ECF 10.  The Motion states in its entirety as follows:

> Plaintiff, Trish Vavrina requests immediate issuance of a restraining order to prevent contact by Gary Novak, Beth Holland (aka Beth Savel), employees of North Olmsted Schools, their agents and subcontractors, including the Strongsville Police Department.

> Plaintiff requests that the restraining order prevent physical contact, IT, computer and phone hacking of Plaintiff's personal and public means of communication.  Plaintiff asks that this order also include an order to prevent interruption of mail services and opening of personal mail, prior to delivery.

> Plaintiff asks that this restraining order be made permanent through injunction.

The factors considered in determining whether or not to grant preliminary injunctive relief are: 1) the likelihood of success on the merits; 2) the extent of irreparable injury; 3) the potential harm to others if the order is issued; and 4) the effect on the public interest.  <u>Washington v. Reno</u>, 35 F.3d 1093, 1099 (6th Cir. 1994).

Plaintiff has not, as a matter of law, set forth facts or requested relief that might warrant the issuance of the extraordinary remedy of a temporary restraining order. Accordingly, the Motion is denied.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this order could not be taken in good faith.

The Clerk is directed to mail a copy of this Order to plaintiff at her address of record.

IT IS SO ORDERED.


June 9, 2010            s/David D. Dowd, Jr.
Date                   DAVID D. DOWD, JR.
                       UNITED STATES DISTRICT JUDGE